FILED

09/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0258

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0258

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DAVID LAWRENCE PITTSLEY, JR.,

      Defendant and Appellant,

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 12, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 3 2021